**PROB 12A**
**(7/93)**

## United States District Court
### for
### District of New Jersey
### Report on Offender Under Supervision

Name of Offender: **Troy A. Young**                    Docket Number: 07-00934-001

Name of Sentencing Judicial Officer: Jerome B. Simandle
                                     United States District Judge

Date of Original Sentence: May 21, 2008

Original Offenses: Conspiracy to Commit Money Laundering

Original Sentence: Twenty-four months in the custody of the Bureau of Prisons, self-surrender; Three years Supervised Release; $100.00 Special Assessment and $11,620,179.90 restitution, to be paid in monthly installments of no less than $250.00, to commence thirty days after release from confinement. The special conditions of financial disclosure, employment restrictions and no new credit/lines of credit were also imposed.

June 19, 2008: Amended Judgment adjusted the restitution to $11,588,263.45. All previously imposed terms and conditions remain in effect.

Type of Supervision: Supervised Release     Date Supervision Commenced: February 12, 2010.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1                  **The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $11,588,263.45; it shall be paid in the following manner: to be paid in monthly installments of no less than $250.00, to commence thirty days after release from confinement.'**

                   Since commencing his supervised release on February 12, 2010, Mr. Young was has made two $25.00 payments.

U.S. Probation Action

The offender commenced his term of supervised release with the District of Colorado on February 12, 2010. Mr. Young resides with his wife and their children in Littleton, Colorado. He is employed for Major B LLC., a company that specializes in remodeling projects. The offender works from home and is responsible for administrative duties, primarily scheduling client appointments.

According to his supervising U.S. Probation Officer, the offender's monthly income is $1,200.00 per month and his monthly expenses are $2,974.00. Mr. Young reported that his wife, Lisa Young, supplements his income with financial assistance from her family to offset their monthly expenses.

The offender's assets include the following: a bank account totaling $11.80, a Chevy Tahoe with a fair market value of $2,400.00 and his house which the offender claims has a fair market value of $300,000.00. A credit report, dated February 16, 2010, notes a balance totaling $118,303.00 which is inclusive of the offender's mortgage and credit card debt.

Notwithstanding the restitution order requiring the offender to pay monthly installments of no less than $250.00, to commence thirty days after release from confinement, Mr. Young has made two $25.00 payments due to his economic circumstances.

We ask that the Court permit the offender to make monthly payments of $25.00 until his financial situation improves.

In addition, there is an issue of whether or not interest was waived for this case and our office is seeking clarification on this issue.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: John L. Paccione
U.S. Probation Officer
Date: 5/11/10

[✓] Due to the offender's inability to meet the restitution payment schedule, the offender is allowed to make monthly payments of $25.00 until his financial situation changes.

[ ] Other :_____

AND

[✓] Interest is waived in this case. (See Sentencing Transcript 3/20/08 at 3:20-22)

[ ] Interest is not waived in this case.

[✓] Other  Employment restriction is unchanged.

_____
Signature of Judicial Officer

May 12, 2010
_____
Date